NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAMAH NAVAJO SCHOOL BOARD, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2009-5016

---

Appeal from the United States Court of Federal Claims in 08-CV-019, Judge Lynn J. Bush.

---

## ON MOTION

---

## ORDER

Ramah Navajo School Board, Inc. moves for a 60-day extension of time, until December 20, 2010, to file its brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__NOV   3 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Daniel H. MacMeekin, Esq.
      John S. Groat, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 3 2010

JAN HORBALY
CLERK